# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tatum Leigh Paasch, | ) | Case No.  1:20-cr-068 |
| | ) | |
| Defendant. | ) | |

Defendant is currently in the custody of the United States Marshals Service awaiting her revocation hearing, which is presently scheduled for September 26, 2022, at 9:00 AM before Judge Hovland.  (Doc. Nos. 1253, 1259).  On August 29, 2022, she filed a motion in which she requests be released to Hope Manor, a sober living facility in Bismarck.  (Doc. No. 1282).  She advises that Hope Manor will have a bed available for her as early as August 31, 2022.

The court is inclined to release defendant to Hope Manor.  First, such a placement was not an option the last time defendant appeared before the court.  Second, Hope Manor is a facility with which the court is very familiar as it has had a recent history of success with federal detainees.  Hope Manor can provide defendant was a sufficiently structured and secure environment to adequately mitigate any danger and risk of flight that defendant may pose.

Accordingly, the court **GRANTS** defendant's motion (Doc. No. 1282).  Defendant shall be released no earlier than 9:00 a.m. on August 31, 2022, to her material grandmother, Kim Paasch, for immediate transport to Hope Manor.  Defendant's release shall be subject to the following conditions:

(1)     Defendant remains subject to and shall comply with all conditions of supervised release previously imposed by the court.

1

(2)     Defendant shall reside at Hope Manor and shall participate in its programs and abide by its rules and regulations.  She shall not change her residence without the prior approval of her supervising Probation Officer.

(3)     Defendant shall immediately contact her supervising Probation Officer upon arriving at Hope Manor.

**IT IS SO ORDERED**.

Dated this 30th day of August, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court