# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tatum Leigh Paasch, | ) | Case No. 1:20-cr-068 |
| | ) | |
| Defendant. | ) | |

On August 30, 2022, the court issued an order releasing Defendant to Hope Manor in Bismarck, North Dakota, with the understanding that she remains subject to and shall comply with all of the previously imposed conditions of her supervised release. (Doc. No. 1284). The court, on its own motion, **AMENDS** its order as follows. If Defendant is discharged or terminated from Hope Manor, then she shall immediately report the United States Marshal's office in Bismarck with the understanding that she shall be remanded into Marshals Service custody pending further order.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court